**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ESTATE OF MARIAN TOTH, DECEASED : No. 278 MAL 2022
:
:
PETITION OF: T.T., A MINOR AND : Petition for Allowance of Appeal
EUGENE TOTH : from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal, the Application to File Supplemental Brief, and the Application for Leave to Intervene are **DENIED**.